UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RLI INSURANCE COMPANY, an Illinois corporation,<br><br>         Plaintiff,<br><br>v.<br><br>NET COST ADVISORS, INC. d/b/a/ InsuranceDragon.com, a California corporation; CRAIG CORNELL, an individual,<br><br>         Defendants. | Case No.: 17-cv-0612-GPC<br><br>**ORDER LIFTING STAY**<br><br>**[ECF No. 78]** |

On November 6, 2023, the parties filed a Joint Status Report requesting a continuance of the stay and explaining that *Willmark Communities, Inc. v. Net Cost Advisors*, No. 37-2016-00042352 in San Diego Superior Court—on which the stay is based—should be resolved by November 14, 2023. ECF No. 78. Because *Willmark Communities* will be resolved promptly, the Court DENIES the request to continue the stay. Accordingly and because there appear to be no other pending matters necessitating a

1

stay, the Court lifts the stay.  The Court orders the parties to schedule a Case Management Conference with Judge Butcher once the Superior Court resolves *Willmark Communities*.

**IT IS SO ORDERED.**

Dated:  November 7, 2023

Hon. Gonzalo P. Curiel
United States District Judge